Mary Scanlon, appellant, v. Asa Beebe et al., appellees. Gen. No. 8,089.

Heard in this court at the February term, 1929. Opinion filed October 13, 1930.
Frank J. Burns and James T. Burns, for appellant. Miller & Streeter, for appellees.
Mr. Presiding Justice Jett delivered the opinion of the court.

Cornelius S. Tarbox, appellee, v. Joseph Schirka, appellant. Gen. No. 8,176.

Heard in this court at the February term, 1930. Opinion filed October 13, 1930. Rehearing denied February 12, 1931.
Higgins & Minow, for appellant; Joseph M. Minow, of counsel. Monahan & Monahan, for appellee.
Mr. Justice Jones delivered the opinion of the court.

Thomas Fleming, appellee, v. City of Elgin, appellant. Gen. No. 8,233.

Heard in this court at the May term, 1930. Opinion filed October 13, 1930. Rehearing denied February 12, 1931.
Pierce C. Tyrrell, for appellant; Allen B. Woodward, of counsel. McCarthy & McCarthy, for appellee; Frank A. McCarthy and Theodore N. Schnell, of counsel.
Mr. Justice Jones delivered the opinion of the court.

Chicago Trust Company, appellee, v. Alex Sandroff et al., appellants. Gen. No. 8,231.

Heard in this court at the May term, 1930. Opinion filed January 15, 1931.
Claude M. Granger and V. A. Parish, for appellants. Hunter & Minor, for appellee.
Mr. Justice Boggs delivered the opinion of the court.